IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAX EDWARD WEBB, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-17-3307 |
| LORIE DAVIS, | § | |
| Respondent. | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on April 23, 2018.

_____
Gray H. Miller
United States District Judge